UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road - Suite 17
Cherry Hill, New Jersey, 08003
(856) 778-8677
Attorney for Debtor(s)
Stacey L. Mullen, Esquire (SLM-5588)

**Order Filed on January 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Donald Mickey,

                Debtor

Case No.: 18-14715 (KCF)

Chapter 13

Hearing Date:

Judge: KCF

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: January 29, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Case No.  18-14715 (KCF)
Order Granting Supplemental Chapter 13 Fees
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Stacey L. Mullen, the applicant, is allowed a fee of $ 500.00 for services rendered and expenses in the amount of $ n/a for a total of $ 500.00. The allowance shall be payable:

  XXXXX  through the Chapter 13 plan as an administrative priority.

      outside the plan.

The debtor's monthly plan is modified to require a payment of $362.00 per month for 50 months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)