UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road - Suite 17
Cherry Hill, New Jersey, 08003
(856) 778-8677
Attorney for Debtor(s)
Stacey L. Mullen, Esquire (SLM-5588)

**Order Filed on January 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Donald Mickey,

                Debtor

Case No.: 18-14715 (KCF)

Chapter 13

Hearing Date:

Judge: KCF

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

    The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: January 29, 2019**

_/s/ Kathryn C. Ferguson_
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Case No.  18-14715 (KCF)
Order Granting Supplemental Chapter 13 Fees
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Stacey L. Mullen, the applicant, is allowed a fee of $ 500.00              for services rendered and expenses in the amount of $  n/a      for a total of $ 500.00             . The allowance shall be payable:

   XXXXX  through the Chapter 13 plan as an administrative priority.

        outside the plan.

The debtor's monthly plan is modified to require a payment of $362.00   per month for   50 months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-14715-KCF
Donald Mickey                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1               Date Rcvd: Jan 30, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2019.
db          +Donald Mickey,    95 Shreve St,    Mount Holly, NJ 08060-2109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              R. A. Lebron    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER BY
               CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd. rsolarz@kmllawgroup.com
              Sindi  Mncina    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
               PARTICIPATION TRUST smncina@rascrane.com
              Stacey L. Mullen    on behalf of Debtor Donald  Mickey slmullen@comcast.net
              Steven P. Kelly    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
               PARTICIPATION TRUST skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8