Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

District Of New Jersey

In re  Donald Mickey            ,       Case No.  18-14715-KCF

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.  17   (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on           03/25/2019           .

Comenity Capital Bank/Paypal Credit
Name of Alleged Transferor

SYNCHRONY BANK
Name of Transferee

Address of Alleged Transferor:
Comenity Capital Bank/Paypal Credit
c/o Weinstein & Riley, PS
2001 Western Ave., Ste 400
Seattle, WA 98121

Address of Transferee:
SYNCHRONY BANK
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/26/2019

Jeanne A. Naughton
**CLERK OF THE COURT**