# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

---

Case No.: 18−14715−KCF  
Chapter: 13  
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Donald Mickey  
   aka Donald Mickey Sr.  
   95 Shreve St  
   Mount Holly, NJ 08060

Social Security No.:  
   xxx−xx−8656

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 14, 2019.

On 4/8/19 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:           May 8, 2019  
Time:           10:00 AM  
Location:       Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 9, 2019  
JAN: amg

Jeanne Naughton  
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-14715-KCF
Donald Mickey                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Apr 09, 2019
                              Form ID: 185             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2019.
```
db          +Donald Mickey,    95 Shreve St,    Mount Holly, NJ 08060-2109
cr          +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER,     Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517380609   +American Coradius International,     2420 Sweet Home Road,    Suite 150,    Amherst, NY 14228-2244
517380594   +Caliber Home Loans,    P.O. Box 619063,    Dallas, TX 75261-9063
517380602   +DSRM National Bank,    P.O. Box 300,    Amarillo, TX 79105-0300
517519254    Emergency Physicians Services of NJ, P.A.,     PO Box 1123,    Minneapolis MN 55440-1123
517380595   +Fein, Such, Kahn & Shepard,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
517535124   +JD Receivables LLC,    PO Box 382656,    Germantown, TN 38183-2656
517380599   +Magnacare,    1600 Stewart Avenue,    Suite 700,    Westbury, NY 11590-6663
517380612   +Minute Clinic Diagnostic of New Jersey,     Attn # 8442R,    P.O. Box 14000,
              Belfast, ME 04915-4033
517380614   +Montgomery McCracken Walker & Rhoads,     123 South Broad Street,    Philadelphia, PA 19109-1099
517380597   +Mount Holly Township,    Office of the Tax Collector,     P.O. Box 411,    Mt. Holly, NJ 08060-0411
517380598   +New Jersey American Water,    P.O. Box 371331,    Pittsburgh, PA 15250-7331
517380601  #+Pay Pal Credit,    P.O. Box 105658,    Atlanta, GA 30348-5658
517380611   +Physician Billing - PB CHOP,    P.O. Box 788017,    Philadelphia, PA 19178-8017
517380613   +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517447110   +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
517380596   +Santander,    P.O. Box 560284,    Dallas, TX 75356-0284
517447843   +Santander Consumer USA inc,    POB 961245,    Fort Worth, TX 76161-0244
517380606   +South Jersey Gastroenterology,    406 Lippincott Drive,    Suite E,    Marlton, NJ 08053-4168
517467420   +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
517380600   +Virtua Health,    P.O. Box 8500-7542,    Philadelphia, PA 19178-0001
517380615   +Volkswagon Credit,    P.O. Box 5215,    Carol Stream, IL 60197-5215
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 09 2019 23:42:53      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 09 2019 23:42:50      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517380607   +E-mail/Text: GenesisFS@ebn.phinsolutions.com Apr 09 2019 23:44:04      Bankcard Services,
              P.O. Box 4477,    Beaverton, OR 97076-4401
517518395   +E-mail/Text: ECMBKMail@Caliberhomeloans.com Apr 09 2019 23:43:57      Caliber Home Loans,
              13801 Wireless Way,    Oklahoma City, OK 73134-2500
517380608   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 09 2019 23:44:21      Capital One Bank,
              P.O. Box 6492,    Carol Stream, IL 60197-6492
517543207   +E-mail/Text: bncmail@w-legal.com Apr 09 2019 23:43:06      Comenity Capital Bank/Paypal Credit,
              c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517380604   +E-mail/PDF: creditonebknotifications@resurgent.com Apr 09 2019 23:44:24      Credit One Bank,
              P.O. Box 60500,    City of Industry, CA 91716-0500
517439656   +E-mail/Text: cio.bncmail@irs.gov Apr 09 2019 23:42:12      Internal Revenue Service,
              PO Box 7346,    Philadelphia, PA 19101-7346
517532912    E-mail/PDF: resurgentbknotifications@resurgent.com Apr 09 2019 23:44:27
              LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
              FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517380610   +E-mail/Text: bankruptcydpt@mcmcg.com Apr 09 2019 23:42:50      Midland Credit Management,
              2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
517475592   +E-mail/Text: bankruptcydpt@mcmcg.com Apr 09 2019 23:42:50      Midland Funding LLC,
              PO Box 2011,    Warren, MI 48090-2011
517435743   +E-mail/Text: maureen@MHMUA.COM Apr 09 2019 23:44:07
              Mount Holly Municipal Utilities Authority,    1 Park Drive PO Box 486,
              Mount Holly NJ 08060-0486
517380605   +E-mail/Text: maureen@MHMUA.COM Apr 09 2019 23:44:07      Mt. Holly Municipal Utilities Authority,
              1 Park Drive,    P.O. Box 486,    Mt. Holly, NJ 08060-0486
517435745   +E-mail/Text: csc.bankruptcy@amwater.com Apr 09 2019 23:43:44      New Jersey American Water,
              PO Box 578,    Alton, IL 62002-0578
517380603   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 09 2019 23:42:32      Overstock,
              P.O. Box 659707,    San Antonio, TX 78265-9707
517539643    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 09 2019 23:44:22
              Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
              Norfolk VA 23541
517520057    E-mail/Text: bnc-quantum@quantum3group.com Apr 09 2019 23:42:42
              Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA  98083-0788
518140896   +E-mail/Text: bncmail@w-legal.com Apr 09 2019 23:43:06      SYNCHRONY BANK,
              C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121,
              SYNCHRONY BANK,    C/O WEINSTEIN & RILEY, PS 98121-3132
518140895   +E-mail/Text: bncmail@w-legal.com Apr 09 2019 23:43:06      SYNCHRONY BANK,
              C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517381611   +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 23:45:02      Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517970015   +E-mail/Text: ECMBKMail@Caliberhomeloans.com Apr 09 2019 23:43:56      U.S. Bank Trust, N.A.,
              c/o Caliber Home Loans, Inc.,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Apr 09, 2019
                              Form ID: 185             Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517515606       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 09 2019 23:44:30      Verizon,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 22
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2019 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              R. A. Lebron    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER BY
               CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd. rsolarz@kmllawgroup.com
              Sindi  Mncina    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
               PARTICIPATION TRUST smncina@rascrane.com
              Stacey L. Mullen    on behalf of Debtor Donald   Mickey slmullen@comcast.net
              Steven P. Kelly    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
               PARTICIPATION TRUST skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```