**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0  Valuation of Security     0  Assumption of Executory Contract or Unexpired Lease     0  Lien Avoidance

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:                                                    Case No.:                18-14715

Donald Mickey                                            Judge:                    KCF

                        Debtor(s)

## Chapter 13 Plan and Motions

☐ Original                 ☒ Modified/Notice Required        Date:   04/08/2019

☐ Motions Included         ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor.  This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney.  Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*.  Your rights may be affected by this plan.  Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien.  The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate.  An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

---

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

---

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ____SLM____     Initial Debtor: ____DM____     Initial Co-Debtor: _____

| Part 1: | Payment and Length of Plan |
|---|---|

a.  The debtor shall pay $ _____310.00_____ per _____month_____ to the Chapter 13 Trustee, starting on
_____April 1, 2019_____ for approximately _____48_____ months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

    ☒    Future earnings

    ☐    Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:

    ☐  Sale of real property
    Description:

    Proposed date for completion: _____

    ☐  Refinance of real property:
    Description:
    Proposed date for completion: _____

    ☐  Loan modification with respect to mortgage encumbering property:
    Description:
    Proposed date for completion: _____

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐ Other information that may be important relating to the payment and length of plan:

## Part 2:    Adequate Protection ☒ NONE

a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

## Part 3:    Priority Claims (Including Administrative Expenses)

a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 0-pd to date thus far |
| DOMESTIC SUPPORT OBLIGATION | | |
| IRS | Unsec Priority | $1,889.22 bal on poc |

b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a.  Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Caliber (aka US Bank) | res mtg | $0.00 per loan mod | 0% | $0.00 per loan mod | kept current o/s plan |
| Santander | 2012 Passat | $0.00 bal on poc | 0% | $0.00 | kept current o/s plan |
| Mt. Holly Twp | notice | $0.00 bal on poc | 0% | $0.00 | kept current o/s plan |
| VW Credit | 2015 VW-to surrender | $0.00 due to SV Order | 0% | $0.00 | n/a |

### b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:  ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c.  Secured claims excluded from 11 U.S.C. 506:  ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments   ☒ NONE**

1.)  The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.  Surrender  ☐ NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| VW Credit | 2015 Volkswagon per Stay Vacate Order | unknown | unknown |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than  100_____  percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6:   Executory Contracts and Unexpired Leases  ☒ NONE

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

## Part 7:   Motions  ☒ NONE

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

### a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Administrative Priority

3) Secured

4) Priority then Unsecured

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:    Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 04/08/2019_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Plan surrenders 2015 VW per Stay Vacate Order. | Plan takes VW arrears out of plan due to surrendering vehicle. |

Are Schedules I and J being filed simultaneously with this Modified Plan?        ☐    Yes        ☒    No

## Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.


Date: 04/08/2019                                  /s/ Donald Mickey
                                                  Debtor


Date: _____                      _____
                                                  Joint Debtor


Date: 04/08/2019                                  /s/ Stacey L. Mullen, Esquire
                                                  Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-14715-KCF
Donald Mickey                                                                   Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin              Page 1 of 2              Date Rcvd: Apr 09, 2019
                                 Form ID: pdf901          Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
db           +Donald Mickey,   95 Shreve St,   Mount Holly, NJ 08060-2109
cr           +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER,   Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
517380609    +American Coradius International,   2420 Sweet Home Road,   Suite 150,   Amherst, NY 14228-2244
517380594    +Caliber Home Loans,   P.O. Box 619063,   Dallas, TX 75261-9063
517380602    +DSRM National Bank,   P.O. Box 300,   Amarillo, TX 79105-0300
517519254     Emergency Physicians Services of NJ, P.A.,   PO Box 1123,   Minneapolis MN 55440-1123
517380595    +Fein, Such, Kahn & Shepard,   7 Century Drive,   Suite 201,   Parsippany, NJ 07054-4673
517535124    +JD Receivables LLC,   PO Box 382656,   Germantown, TN 38183-2656
517380599    +Magnacare,   1600 Stewart Avenue,   Suite 700,   Westbury, NY 11590-6663
517380612    +Minute Clinic Diagnostic of New Jersey,   Attn # 8442R,   P.O. Box 14000,
              Belfast, ME 04915-4033
517380614    +Montgomery McCracken Walker & Rhoads,   123 South Broad Street,   Philadelphia, PA 19109-1099
517380597    +Mount Holly Township,   Office of the Tax Collector,   P.O. Box 411,   Mt. Holly, NJ 08060-0411
517380598    +New Jersey American Water,   P.O. Box 371331,   Pittsburgh, PA 15250-7331
517380601    #+Pay Pal Credit,   P.O. Box 105658,   Atlanta, GA 30348-5658
517380611    +Physician Billing - PB CHOP,   P.O. Box 788017,   Philadelphia, PA 19178-8017
517380613    +Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
517447110    +SANTANDER CONSUMER USA,   P.O. Box 560284,   Dallas, TX 75356-0284
517380596    +Santander,   P.O. Box 560284,   Dallas, TX 75356-0284
517447843    +Santander Consumer USA inc,   POB 961245,   Fort Worth, TX 76161-0244
517380606    +South Jersey Gastroenterology,   406 Lippincott Drive,   Suite E,   Marlton, NJ 08053-4168
517467420    +VW Credit Leasing, Ltd,   c/o VW Credit, Inc.,   PO Box 9013,   Addison, Texas 75001-9013
517380600    +Virtua Health,   P.O. Box 8500-7542,   Philadelphia, PA 19178-0001
517380615    +Volkswagon Credit,   P.O. Box 5215,   Carol Stream, IL 60197-5215


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Apr 09 2019 22:30:25    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 09 2019 22:30:25    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517380607    +E-mail/Text: GenesisFS@ebn.phinsolutions.com Apr 09 2019 22:30:44    Bankcard Services,
              P.O. Box 4477,   Beaverton, OR 97076-4401
517518395    +E-mail/Text: ECMBKMail@Caliberhomeloans.com Apr 09 2019 22:30:43    Caliber Home Loans,
              13801 Wireless Way,   Oklahoma City, OK 73134-2500
517380608    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 09 2019 22:34:15    Capital One Bank,
              P.O. Box 6492,   Carol Stream, IL 60197-6492
517543207    +E-mail/Text: bncmail@w-legal.com Apr 09 2019 22:30:29    Comenity Capital Bank/Paypal Credit,
              c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
517380604    +E-mail/PDF: creditonebknotifications@resurgent.com Apr 09 2019 22:34:55    Credit One Bank,
              P.O. Box 60500,   City of Industry, CA 91716-0500
517439656    +E-mail/Text: cio.bncmail@irs.gov Apr 09 2019 22:30:15    Internal Revenue Service,
              PO Box 7346,   Philadelphia, PA 19101-7346
517532912     E-mail/PDF: resurgentbknotifications@resurgent.com Apr 09 2019 22:34:23
              LVNV Funding, LLC its successors and assigns as,   assignee of MHC Receivables, LLC and,
              FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517380610    +E-mail/Text: bankruptcydpt@mcmcg.com Apr 09 2019 22:30:25    Midland Credit Management,
              2365 Northside Drive,   Suite 300,   San Diego, CA 92108-2709
517475592    +E-mail/Text: bankruptcydpt@mcmcg.com Apr 09 2019 22:30:25    Midland Funding LLC,
              PO Box 2011,   Warren, MI 48090-2011
517435743    +E-mail/Text: maureen@MHMUA.COM Apr 09 2019 22:30:46
              Mount Holly Municipal Utilities Authority,   1 Park Drive PO Box 486,
              Mount Holly NJ 08060-0486
517380605    +E-mail/Text: maureen@MHMUA.COM Apr 09 2019 22:30:46    Mt. Holly Municipal Utilities Authority,
              1 Park Drive,   P.O. Box 486,   Mt. Holly, NJ 08060-0486
517435745    +E-mail/Text: csc.bankruptcy@amwater.com Apr 09 2019 22:30:39    New Jersey American Water,
              PO Box 578,   Alton, IL 62002-0578
517380603    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 09 2019 22:30:20    Overstock,
              P.O. Box 659707,   San Antonio, TX 78265-9707
517539643     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 09 2019 22:34:50
              Portfolio Recovery Associates, LLC,   c/o The Home Depot Consumer,   POB 41067,
              Norfolk VA 23541
517520057     E-mail/Text: bnc-quantum@quantum3group.com Apr 09 2019 22:30:21
              Quantum3 Group LLC as agent for,   GPCC I LLC,   PO Box 788,   Kirkland, WA  98083-0788
518140896    +E-mail/Text: bncmail@w-legal.com Apr 09 2019 22:30:29    SYNCHRONY BANK,
              C/O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121,
              SYNCHRONY BANK,   C/O WEINSTEIN & RILEY, PS 98121-3132
518140895    +E-mail/Text: bncmail@w-legal.com Apr 09 2019 22:30:29    SYNCHRONY BANK,
              C/O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
517381611    +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 22:34:13    Synchrony Bank,
              c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517970015    +E-mail/Text: ECMBKMail@Caliberhomeloans.com Apr 09 2019 22:30:43    U.S. Bank Trust, N.A.,
              c/o Caliber Home Loans, Inc.,   13801 Wireless Way,   Oklahoma City, OK 73134-2500

```
District/off: 0312-3          User: admin           Page 2 of 2            Date Rcvd: Apr 09, 2019
                              Form ID: pdf901        Total Noticed: 45


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517515606        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 09 2019 22:35:41      Verizon,
                  by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                         TOTAL: 22


             ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2019 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
           PARTICIPATION TRUST nj.bkecf@fedphe.com
          R. A. Lebron    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER BY
           CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT bankruptcy@feinsuch.com
          Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd. rsolarz@kmllawgroup.com
          Sindi  Mncina    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
           PARTICIPATION TRUST smncina@rascrane.com
          Stacey L. Mullen    on behalf of Debtor Donald  Mickey slmullen@comcast.net
          Steven P. Kelly    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
           PARTICIPATION TRUST skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 9
```