| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| In Re: Donald Mickey |

Case No.: 18-14715
Chapter: 13
Judge: MBK

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Donald Mickey, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 06/14/2023

*Donald Mickey*
Debtor's Signature

IMPORTANT:
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be issued for a debtor who does not submit a **completed** Certification in Support of Discharge.

rev.6/16/17