Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−14715−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Donald Mickey
  aka Donald Mickey Sr.
  95 Shreve St
  Mount Holly, NJ 08060

Social Security No.:
  xxx−xx−8656

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐  An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: August 28, 2023
JAN: wdr

                                                                                                                      Jeanne Naughton
                                                                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Donald Mickey  
    Debtor

Case No. 18-14715-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4  
Date Rcvd: Aug 28, 2023     Form ID: cscnodsc     Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donald Mickey, 95 Shreve St, Mount Holly, NJ 08060-2109 |
| cr | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517380594 | + | Caliber Home Loans, P.O. Box 619063, Dallas, TX 75261-9063 |
| 517380599 | + | Magnacare, 1600 Stewart Avenue, Suite 700, Westbury, NY 11590-6663 |
| 517380612 | + | Minute Clinic Diagnostic of New Jersey, Attn # 8442R, P.O. Box 14000, Belfast, ME 04915-4033 |
| 517380614 | + | Montgomery McCracken Walker & Rhoads, 123 South Broad Street, Philadelphia, PA 19109-1099 |
| 517380597 | + | Mount Holly Township, Office of the Tax Collector, P.O. Box 411, Mt. Holly, NJ 08060-0411 |
| 517380611 | + | Physician Billing - PB CHOP, P.O. Box 788017, Philadelphia, PA 19178-8017 |
| 517380606 | + | South Jersey Gastroenterology, 406 Lippincott Drive, Suite E, Marlton, NJ 08053-4168 |
| 517380600 | + | Virtua Health, P.O. Box 8500-7542, Philadelphia, PA 19178-0001 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 28 2023 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 28 2023 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517380609 | ^ | MEBN | Aug 28 2023 20:28:04 | American Coradius International, 2420 Sweet Home Road, Suite 150, Amherst, NY 14228-2244 |
| 517380607 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 28 2023 20:36:00 | Bankcard Services, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 517518395 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Aug 28 2023 20:36:00 | Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 517380608 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2023 20:37:32 | Capital One Bank, P.O. Box 6492, Carol Stream, IL 60197-6492 |
| 517543207 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 28 2023 20:35:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517380604 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 28 2023 20:37:10 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 517380602 | ^ | MEBN | Aug 28 2023 20:28:32 | DSRM National Bank, P.O. Box 300, Amarillo, TX 79105-0300 |
| 517519254 | | Email/Text: BNCnotices@dcmservices.com | Aug 28 2023 20:35:00 | Emergency Physicians Services of NJ, P.A., PO Box 1123, Minneapolis MN 55440-1123 |
| 517380595 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Aug 28 2023 20:35:00 | Fein, Such, Kahn & Shepard, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |

Case 18-14715-MBK    Doc 87    Filed 08/30/23    Entered 08/31/23 00:14:19    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 28, 2023 | Form ID: cscnodsc | Total Noticed: 49 |

| | | | |
|---|---|---|---|
| 518517146 | Email/Text: mtgbk@shellpointmtg.com | Aug 28 2023 20:35:00 | Goldman Sachs Mortgage Company, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518517147 | Email/Text: mtgbk@shellpointmtg.com | Aug 28 2023 20:35:00 | Goldman Sachs Mortgage Company, P.O. Box 10826, Greenville, SC 29603-0826, Goldman Sachs Mortgage Company, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517439656 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 28 2023 20:35:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517535124 | Email/Text: jefdun@gmail.com | Aug 28 2023 20:35:00 | JD Receivables LLC, PO Box 382656, Germantown, TN 38183 |
| 519352882 | Email/Text: mtgbk@shellpointmtg.com | Aug 28 2023 20:35:00 | LEGACY MORTGAGE ASSET TRUST 2021-GS2, P.O. Box 10826, Greenville, SC 29603-0826, LEGACY MORTGAGE ASSET TRUST 2021-GS2, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519352881 | Email/Text: mtgbk@shellpointmtg.com | Aug 28 2023 20:35:00 | LEGACY MORTGAGE ASSET TRUST 2021-GS2, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517532912 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2023 20:48:03 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517380610 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 28 2023 20:35:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 517475592 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 28 2023 20:35:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517435743 | + Email/Text: maureen@MHMUA.COM | Aug 28 2023 20:36:00 | Mount Holly Municipal Utilities Authority, 1 Park Drive PO Box 486, Mount Holly NJ 08060-0486 |
| 517380605 | + Email/Text: maureen@MHMUA.COM | Aug 28 2023 20:36:00 | Mt. Holly Municipal Utilities Authority, 1 Park Drive, P.O. Box 486, Mt. Holly, NJ 08060-0486 |
| 517435745 | + Email/Text: csc.bankruptcy@amwater.com | Aug 28 2023 20:36:00 | New Jersey American Water, PO Box 578, Alton, IL 62002-0578 |
| 517380598 | + Email/Text: csc.bankruptcy@amwater.com | Aug 28 2023 20:36:00 | New Jersey American Water, P.O. Box 371331, Pittsburgh, PA 15250-7331 |
| 517380603 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 28 2023 20:35:00 | Overstock, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 517539643 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2023 20:37:19 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517380613 | Email/Text: signed.order@pfwattorneys.com | Aug 28 2023 20:35:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 517380601 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2023 20:37:10 | Pay Pal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 517520057 | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2023 20:35:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517447110 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 28 2023 20:35:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 518140895 | + Email/Text: bncmail@w-legal.com | Aug 28 2023 20:35:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518140896 | + Email/Text: bncmail@w-legal.com | Aug 28 2023 20:35:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |

| | | | | |
|---|---|---|---|---|
| 517380596 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 28 2023 20:35:00 | Santander, P.O. Box 560284, Dallas, TX 75356-0284 |
| 517447843 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 28 2023 20:35:00 | Santander Consumer USA inc, POB 961245, Fort Worth, TX 76161-0244 |
| 517381611 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2023 20:37:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517970015 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Aug 28 2023 20:36:00 | U.S. Bank Trust, N.A., c/o Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 517467420 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Aug 28 2023 20:35:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 517515606 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 28 2023 20:48:08 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517380615 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Aug 28 2023 20:35:00 | Volkswagon Credit, P.O. Box 5215, Carol Stream, IL 60197-5215 |

TOTAL: 39

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing Ltd. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Melissa N. Licker | on behalf of Creditor Goldman Sachs Mortgage Company mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor LEGACY MORTGAGE ASSET TRUST 2021-GS2 phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| R. A. Lebron | on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF8 MASTER BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT bankruptcy@fskslaw.com |

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Aug 28, 2023 | Form ID: cscnodsc | Total Noticed: 49

Sindi Mncina
    on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST smncina@raslg.com

Stacey L. Mullen
    on behalf of Debtor Donald Mickey slmullen@comcast.net

Steven P. Kelly
    on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9